# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3279

_____

United States of America

*Plaintiff - Appellee*

v.

Mark Mink

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: June 6, 2014
Filed: June 6, 2014
[Unpublished[

_____

Before BYE, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Mark Howard Mink directly appeals the sentence imposed by the district court[1]
after he pled guilty to coercing and enticing a minor, in violation of 18 U.S.C.

_____

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for
the Western District of Arkansas.

§ 2422(b).  On appeal, his counsel has moved to withdraw and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel argues that the sentence was substantively unreasonable.  Mink has filed a pro se supplemental submission, in which he claims counsel was ineffective.  Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful review, this court concludes that Mink's sentence was not substantively unreasonable, as the 120-month sentence imposed was the statutory minimum sentence.  *See* 18 U.S.C. § 2422(b) (whoever commits offense shall be imprisoned not less than 10 years or for life); *United States v. Woods*, 717 F.3d 654, 659 (8th Cir. 2013) (rejecting argument that sentence was substantively unreasonable, as defendant received statutory minimum sentence); *United States v. Watts*, 553 F.3d 603, 604 (8th Cir. 2009) (per curiam) (district court lacks authority to reduce sentence below statutory minimum).  This court declines to consider Mink's ineffective-assistance claim in this direct criminal appeal.  *See Woods*, 717 F.3d at 657.

The judgment is affirmed.  Counsel's motion to withdraw is granted.

_____